# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO. 3:24-CV-1049-FDW-DCK

| | |
|---|---|
| EMMANUEL CHIKUMBI, | ) |
| Plaintiff, | ) **ORDER** |
| v. | ) |
| DENISE FRAZIER, UR JADDOU, and UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) filed by Local Counsel Helen L. Parsonage on December 5, 2024.

Applicant Nkechi Gillman seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 2) is **GRANTED**. Nkechi Gillman is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: December 5, 2024

David C. Keesler
United States Magistrate Judge